UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.M. ROTTERMOND INC. and
DEAN ROTTERMOND,

       Plaintiffs,       Case No. 21-cv-10393

v.              Paul D. Borman
                United States District Judge

TALINE SHIKLANIAN and     Kimberly G. Altman
TALINE'S FINE JEWELRY LLC,   United States Magistrate Judge

       Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE ALTMAN'S OCTOBER 15, 2021 REPORT AND RECOMMENDATION (ECF No. 52)

On October 15, 2021, Magistrate Judge Kimberly G. Altman issued a Report and Recommendation to Grant Plaintiffs' Motion for Voluntary Dismissal of Trade Secret Claims (ECF No. 46) and Decline Jurisdiction Over Remaining State Law Claims. (ECF No. 52). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation in full. Accordingly, Plaintiff's Motion for Voluntary Dismissal is **GRANTED** and all claims pending in

this case are **DISMISSED WITHOUT PREJUDICE** and **WITHOUT COSTS TO EITHER PARTY**.

IT IS SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: November 1, 2021